UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| UNITED STATES OF AMERICA, | ) | 3:18-cr-0047-LRH-CLB |
|---|---|---|
| Plaintiff, | ) | MINUTE ORDER |
| vs. | ) | DATED: January 7, 2020 |
| ERIC ROMERO-LOBATO, | ) | |
| Defendant. | ) | |

PRESENT: <u>HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

Deputy Clerk: <u>Jennifer Cotter</u>   Reporter: <u>None Appearing</u>

Counsel for Plaintiff(s):<u> None Appearing</u>

Counsel for Defendant(s):<u> None Appearing</u>

**<u>MINUTE ORDER IN CHAMBERS</u>:**

Defendant has filed a motion to file ex parte and under seal proposed jury instruction regarding defense theory of the case (ECF No. 81) on January 3, 2020. The government has filed a response (ECF No. 88) on January 5, 2020. Good cause appearing,

**IT IS ORDERED** that the motion to file ex parte and under seal proposed jury instruction regarding defense theory of the case (ECF No. 81) is **DENIED**. The Court finds there is no legal basis for maintaining this filing under seal.

**IT IS FURTHER ORDERED** that the defendant's proposed theory of defense instructions (ECF No. 82) shall be **unsealed** and made public on the Court's docket.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:     /s/
Deputy Clerk