UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00047-LRH-CLB |
| Plaintiff, | ORDER |
| v. | |
| ERIC ROMERO-LOBATO, | |
| Defendant. | |

Court Reporter Margaret Griener is requested to prepare and file transcripts of the following:

The December 19, 2019 calendar call in this matter (ECF No. 67).

IT IS HEREBY ORDERED that fees for the transcripts designated shall be paid by the United States as provided under 28 U.S.C. § 753(f).

DATED this 22nd day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE