# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ERIC ROMERO-LOBATO,<br><br>        Defendant. | Case No. 3:18-cr-00047-LRH-CLB<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and CHRISTOPHER P. FREY, Assistant Federal Public Defender, counsel for ERIC ROMERO-LOBATO and CHRISTOPHER CHIOU, Acting United States Attorney, and MEGAN RACHOW, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Sentencing hearing set for March 15, 2022, at 11:00 AM, be vacated and continued to March 29, 2022, at 11:00 AM.

/ / /

/ / /

The continuance is necessary for the following reasons:

1. This is a joint request by counsel for the Government and counsel for the Defendant, Mr. Romero-Lobato.

2. The additional time requested by this Stipulation is reasonable pursuant to Federal Rule of Criminal Procedure 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed in this rule."

3. Both counsel request this additional time in order to allow adequate time to research sentencing issues and to prepare for the sentencing hearing.

4. Mr. Romero-Lobato is detained and agrees to the continuance. Specifically, Mr. Romero-Lobato was informed that the continuance will allow defense counsel to continue to gather documents in support of the hearing and provide continuity of counsel.

5. This is the first request for continuance of the sentencing hearing.

DATED this 8th day of March, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By  /s/ Christopher P. Frey<br>CHRISTOPHER P. FREY<br>Assistant Federal Public Defender<br>Counsel for ERIC ROMERO-LOBATO | By  /s Megan Rachow<br>MEGAN RACHOW<br>Assistant United States Attorney<br>Counsel for the Government |

**ORDER**

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Sentencing Hearing currently set for March 15, 2022, at 11:00 AM, be vacated and continued to **March 29, 2022, at 11:00 AM.**

DATED this 8th day of March, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE